AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

JUL 29 2015

David J. Bradley, Clerk of Court

United States of America
v.
Christopher Lemoses JOHNSON

Case No. **H15-1086M**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/13/2015__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 751 (a) Escape | Did Knowingly escape from custody of an institution or facility in which he was confined by direction of the Attorney General, or by virtue of any process issued under the laws of the United States by any Court, Judge, or Magistrate Judge, namely, a Judgment and Commitment of the United States District Court for the Southern District of Texas upon conviction of a felony offense. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deputy U. S. Marshal Miguel Dominguez
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-29-15

City and state: Houston, Texas

_____
*Judge's signature*

Mary Milloy U.S. Magistrate Judge
*Printed name and title*

Affidavit in Support of Criminal Complaint

I, Miguel Dominguez, being duly sworn hereby depose and state:

1. That I am a Deputy United States Marshal with the United States Marshal Service in Houston, Texas and have been employed in this capacity since April 2010.

2. During my employment with the United States Marshal Service, I have conducted investigations relating to the escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders & Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3. This affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Christopher Lemoses JOHNSON who escaped from the Leidel Halfway House Center RRC located at 1819 Commerce Street, Houston, Texas 77002 on March 13, 2015 at approximately 11:51pm.

4. Leidel Halfway House Center RRC is a privately operated halfway house contracted by the United States Bureau of Prisons to house federal prisoners. On November, 18, 2008, in the Eastern District of Texas, JOHNSON was sentenced to 44 months custody with 3 years Supervised Release to follow. He was still serving a 94 month sentence for a previous assault on federal property. On January 7, 2015, JOHNSON was placed in the Leidel Halfway House Center by the United States Bureau of Prisons to serve the remainder of his federal sentence. His projected release date was June 14, 2015.

5. On March 13, 2015, Leidel Halfway House RRC staff notified the United States Marshal Service and advised that inmate JOHNSON left the Leidel Halfway House RRC in Houston, Texas, without staff authorization. Staff observed JOHNSON leave the facility at approximately 11:51 pm via video by jumping the back gate. Leidel Halfway House staff reported his whereabouts are unknown at this time. Inmate JOHNSON was placed on escape status at approximately 3:00 am on March 14, 2015.

6. Based on the fugitive investigation, I believe that JOHNSON has escaped from the Leidel Halfway House Center.

7. I believe that probable cause exists to believe that JOHNSON violated Title 18, United States Code, Section 751(a): Escape.

Miguel Dominguez
Deputy U.S. Marshal
United States Marshal Service

Sworn to before me this ___29th___ day of July 2015, and I find probable cause.

Mary Milloy
United States Magistrate Judge